433 A.2d 547

Commonwealth v. Carter, Appellant.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.

433 A.2d 548

Commonwealth v. DeVaughn, Appellant.

Petition for Allowance of Appeal Denied Aug. 11, 1981.

Submitted November 14, 1980. Paulette J. Balogh, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.